**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| **BRUNSWICK CORPORATION,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**VOLVO PENTA OF THE AMERICAS, LLC,** )<br>)<br>Defendant. )<br>) | CASE NO.: 2:22-cv-00051<br><br>**PLAINTIFF'S RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff certifies that Brunswick Corporation is a publicly traded corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock

Dated:  February 1, 2022

    /s/    *Eli L. Evans*
Eli L. Evans (VSB No. 90700)
**Foley & Lardner LLP**
Washington Harbour
3000 K Street, N.W.
Washington, D.C. 20007
Telephone: 202.672.5300
Facsimile: 202.672.5399
E-mail: eevans@foley.com

Of Counsel:

Kadie M. Jelenchick (*Pro hac vice* forthcoming)
Jack T. Carroll (*Pro hac vice* forthcoming)
**Foley & Lardner LLP**
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone:  414.271.2400
Facsimile: 414.297.4900
E-mail: kjelenchick@foley.com
E-mail: jcarroll@foley.com

*Attorneys for Plaintiff Brunswick Corporation*

4872-7802-2923.1